**FORDHARRISON**

366 Madison Avenue | 7th Floor
New York, New York 10017
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Contact:
STEVEN BALKEN
212-453-5929
sbalken@fordharrison.com

May 5, 2025

**VIA ECF**

Honorable Peggy Kuo
U.S. Magistrate Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10601

    *Re:*   *Alex Leyba v. DO&CO New York Catering, Inc.*
            *Case No.: 1:25-cv-01146-PK*

Dear Magistrate Judge Kuo:

    This office represents Defendant DO&CO New York Catering, Inc., ("DO&CO") in the above-referenced action. We write to respectfully request a brief eleven-day extension of DO&CO's time to answer, move, or otherwise respond to Plaintiff Alex Leyba ("Plaintiff")'s Complaint from May 5, 2025 to May 16, 2025. The reason for this request is that the parties are engaged in negotiations pertaining to settlement and/or the extent that the parties will proceed given the presence of an arbitration agreement. This is DO&CO's first request for an extension of time. Plaintiff's counsel consents to this extension.

    We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,

                                        STEVEN BALKEN

cc: All counsels via ECF